## IN UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID BURKETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-01143-WKW |
| | ) | [wo] |
| | ) | |
| MONTGOMERY COUNTY | ) | |
| BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that all remaining dates and deadlines are continued generally.

DONE this the 23rd day of October, 2006.

                                      /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE