IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID BURKETTE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO.  2:04-cv-01143-WKW |
| | ) | [wo] |
| | ) | |
| **MONTGOMERY COUNTY** | ) | |
| **BOARD OF EDUCATION,** | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby dismissed with prejudice.  Each party is to bear his or its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 31st day of October, 2006.

                                                            /s/   W.  Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE